UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK STEVEN WALKER,

    Plaintiff,

v.                                                          Case No. 2:06-cv-216
                                                         HON. R. ALLAN EDGAR

JERRY HOFBAUER, et al.,

    Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Docket #76) is approved and adopted as the opinion of the Court.

2.    Defendants' motions to dismiss and for summary judgment (Docket Nos. 7 and 62) are GRANTED and this case is DISMISSED. Plaintiff's motion to dismiss claims in part (Docket No. 59) and motion for sanctions (Docket No. 71) are DENIED.

3.    The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

Dated: 9/13/07                                                               /s/ R. Allan Edgar
                                                                                 R. ALLAN EDGAR
                                                                                 UNITED STATES DISTRICT JUDGE